2:25-cv-2188 DJC JDP (PS)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Plaintiff,
   Alycia M. Cooley, Pro Se

   v.

Defendant,
   Jason W. Perkins

EXIBIT LIST BY PLAINTIFF

FILED
AUG 0 7 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| Exhibit Number | Description |
|---|---|
| 1 | 2 Pages of what friend, prior nanny + non professional supervised visitation monitor observed. The bruising was post June 6, 2025 Placer County Court hearing. |
| 2 | Defendant filed Proof of Electronic Service Filed July 1, 2025 for Findings And Order After Hearing to Plaintiff. (An exparte order by Judge Holley drafted by self-help. Plaintiff was not present because she had sons with Good Cause Form filed with D.A. and minor sons needed care) |
| 3 | Plaintiff's prior Attorneys "Petitioners Trial Brief" filed September 16, 2024. (heard by same Judge who has heard much of our case 2025 as well. Judge Glenn Holley) |

| EXHIBIT NUMBER | Description |
|---|---|
| 4 | Talking Parents message discouraging my efforts to regain my rights and the rights of my minors while continuing to make false claims about myself. I will submit all messages once I have everything redacted, to show the full history and consistent patterns of abuse |
| 5 | Proof of electronic service and MC-030 with details of abuse and retaliation concerns filed and served just before CLETS DVRO hearing July 11th heard by Judge Holley, except I/we were not heard but Family Code 3044 was read in partial. |

To Whom It May Concern,

My name is M   A   and I have known Alycia Cooley since 2018. Over the years, Alycia has become a close friend. I am writing to offer a personal character reference and to provide insight into her role as a mother and her current situation regarding custody of her two sons,      and     . Alycia has always been the kindest, calm, and stable individual I have known. Throughout our friendship, I have witnessed her gentle nature, emotional strength, and commitment to her children. She is very nurturing and very invested in their well-being.

Alycia has confided in me many times over the years about her relationship with her ex-boyfriend, Jason. Despite being in a relationship with him, she was left to care for their son,      , entirely on her own. Jason was largely uninvolved and absent from      's life from the beginning. He rarely participated in caregiving and showed little interest in parenting. He wouldn't even hold the boys as infants when Alycia needed him to. His lack of involvement was apparent to everyone close to them. Alycia handled every aspect of parenting on her own.

Before      was born, I nannied      three days a week for an extended period between 2021 and 2022. During this time, I had many opportunities to observe their home life firsthand. Jason would come home from work, say a brief "hi" to me and     , then go straight to his room and lock the door without any further interaction. He wouldn't ask how      day went or offer to help. Eventually, I would have to call Alycia to ask if she wanted me to stay, because Jason was not coming out of his room to care for his son. Jason did not engage with me or      at all beyond that minimal greeting. He even ignored his son knocking on the door. There was no interest or care for his own child. It was only after Alycia moved out and filed for child support that Jason began showing interest in his sons. Prior to that, his disinterest was very evident and consistent.

I have also observed deeply concerning behavioral changes in      since he began spending extended periods with his father.     , who was a kind, sweet and calm child, began acting aggressively and using explicit language that no child his age should know. He started calling his mother inappropriate names and became violent toward both her and his younger brother. These behaviors only started after the increased visits with his father, and they tend to fade a few days after he returns to his mother's care. I have no doubt that these changes are directly related to what he is exposed to while in Jason's care.

In contrast, I have never seen Alycia act out of anger or frustration toward her children. She is a very protective mother and pays close attention to her children when they play and they don't get hurt as often as other children usually do, because of the overprotectiveness. I have never seen any bruises or injuries on      -aside from the time he returned from his father's care in a sling with a broken clavicle. I have seen Alycia handle that situation with calmness, care, and a sense of deep concern for her son. On several occasions during supervised visits, I also personally observed bruises in different locations on      's buttocks during diaper changes, and I saw a purple ring around his anus while Alycia was changing him that was noticeable and that I have never seen on any child before. There was no rash or irritation to explain what that was and I'm not sure how a child even gets that. I have changed thousands of

diapers and have never seen anything like that on a baby before. On one particular visit, after Alycia had just returned home from picking the boys up,           became extremely scared during a diaper change. He tried to get away and appeared genuinely distressed at having his diaper opened. Alycia immediately consoled and rocked him, and           calmed down and returned to a peaceful, regulated state in her arms.

    In all my years of knowing Alycia, I have only seen her demonstrate consistent patience, calmness and care for her children. She is protective, loving, and always puts her children's well-being first. She is very responsible and takes excellent care of them, always doing what is best to protect and care for them. I have never had any doubts of her being able to care for her children with love and respect but I have had many concerns over the years about their father Jason and his lack thereof
    Thank you for your time and for considering my testimony in this matter.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sincerely,
M      Ab

Dated: August 03, 2025  Signature: _____

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jason Perkins | **FILED** |
| FIRM NAME: | SUPERIOR COURT OF CALIFORNIA |
| STREET ADDRESS: 209 Racetrack Street #A | COUNTY OF PLACER |
| CITY: Auburn   STATE: CA   ZIP CODE: 95603 | JUL 01 2025 |
| TELEPHONE NO.: 530-796-3096   FAX NO.: | |
| E-MAIL ADDRESS: jixdog@gmail.com | JAKE CHATTERS |
| ATTORNEY FOR (name): Pro Per | EXECUTIVE OFFICER & CLERK |
| | By: D. Pille, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Placer
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Roseville CA 95678
BRANCH NAME: Hon Howard G Gibson Courthouse

PLAINTIFF/PETITIONER: Alycia Cooley
DEFENDANT/RESPONDENT: JASON PERKINS

CASE NUMBER: S-DR-0065874
JUDICIAL OFFICER:
DEPARTMENT:

### PROOF OF ELECTRONIC SERVICE

1. I am at least 18 years old.
   a. My residence or business address is (specify):
      209 Racetrack Street #A
      Auburn CA 95603

   b. My electronic service address is (specify):
      jixdog@gmail.com

2. I electronically served the following documents (exact titles):
   Findings And Order After Hearing 7/1/25

   ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Alycia Cooley
      On behalf of (name or names of parties represented, if person served is an attorney):

   b. Electronic service address of person served:
      alyciamcooley@gmail.com

   c. On (date): 7/1/25 @ 11:15am

   ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 7/1/25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jason Perkins                              ▶ /s/ Jason Perkins
(TYPE OR PRINT NAME OF DECLARANT)              (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use           **PROOF OF ELECTRONIC SERVICE**           Cal. Rules of Court, rule 2.251
Judicial Council of California          (Proof of Service/Electronic Filing and Service)           www.courts.ca.gov
POS-050/EFS-050 [Rev. February 1, 2017]

Printed 7/20/2025

Dena Bez, SBN 255693
**BEZ LAW FIRM, P.C.**
8150 Sierra College Blvd., Suite 100
Roseville, Ca 95661
Office (916) 643-9624
Fax     (916) 643-9625

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

SEP 16 2024

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By: V. Carroll Deputy

Attorneys for Petitioner, Alycia M. Cooley

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF PLACER

| | |
|---|---|
| **Alycia M. Cooley**<br><br>**Petitioner,**<br><br>v.<br><br>**Jason Wayne Perkins**<br><br>**Respondent.** | Case No.: S-DR-0065874<br><br>**PETITIONER'S TRIAL BRIEF**<br><br>Date: 9/16/2024<br>Time: 8:30 a.m.<br>Dept: 45 |

The following trial brief is respectfully submitted on behalf of Petitioner, Alycia Cooley:

I.  **BACKGROUND**

1. Petitioner and were never married.

2. Their relationship has been rife with domestic violence.

3. Petitioner requested a DVRO filed April 11, 2022 in case number S-DR-0062061. All of the custody and visitation orders she requested therein were granted, including sole legal and sole physical custody of     to Petitioner.

4. There are no custody orders pertaining to     and such a request is not now, and has never been, before this court.

5. Since that time *all* custody and visitation issues, along with two subsequent DVTROs

Page 1 of 4
PETITIONER'S TRIAL BRIEF

Petitioner requested, have been filed and adjudicated in the same case number, S-DR0062061 which is a DV case.

6. The court erroneously made visitation orders as to both ___ and ___ in January 2024.

7. To clean up the procedural issues, Petitioner filed a Parentage Action on April 19, 2024.

8. Respondent was served via email per agreement and court order on May 14, 2024.

9. Respondent served a response to the UPA on May 28, 2024.

10. The DVRO case was consolidated into the UPA on August 30, 2024 at the settlement conference. The UPA action, S-DR-0065874, is now the lead case.

11. On the same day the parties formally adopted the orders made in January 2024 as to both children.

12. The court now has authority to make orders for both children, ___ born ___ 2020, and ___, born ___ 2023.

13. On January 25, 2024 the court made the following orders for visitation to Respondent:

    a. **Sundays**: The parties exchange ___ at 3:00 p.m. at the Auburn Police Department. Respondent then returns him to school on Mondays. There is no order that defines what time the exchange should take place if there is no school which has been problematic as Respondent then decides when he feels fit to drop off and there is nothing Petitioner can do to enforce the order as it is written.

14. **Tuesdays**: Respondent is to pick ___ up after school (again without a defined time if no school). Assuming school is out about 3:00 p.m. Respondent picks ___ up from school at 3:00 p.m. Then they exchange ___ at 5:00 p.m. at the Auburn Police Department only to return two hours later at 7:00 p.m. to exchange ___ again. Respondent keeps ___ until drop off at school on Wednesday with no defined time if no school. During these exchanges of ___, Respondent will not let Petitioner talk to ___ and in fact deliberately tries to block ___ from seeing her.

15. **Thursdays**: The parties meet at the Auburn Police Department no less then 3 times. 5:00 p.m. to exchange ___ and 7:00 p.m. to exchange ___ and 9:00 p.m. to exchange ___ again.

16. **Saturdays**: The parties meet at the Auburn Police Department no less than 3 times. 10:00 a.m. to exchange       and      . 12:00 p.m. to exchange      . And 7:00 p.m. to exchange

17. At some point a judgment of paternity was entered in a DCSS case. Said judgment has not been lodged in the UPA action.

18. On February 22, 2023 Respondent filed another Request for Order this time seeking *only* to modify visitation with       . He does not request any changes to custody and does not even mention       in his motion.

19. This is the motion currently before the court for this trial.

20. On August 30, 2024 the parties stipulated that the only issue before the court for the trial is a visitation schedule for both       and      , despite the latter never being properly pled.

## II.   TRIAL ISSUES

21. Respondent is seeking now to modify the visitation schedule for both children.

22. Respondent is requesting a schedule that is only around his work schedule. The arguments he made at the January 2024 trial about his employment being flexible are untrue and now he is regretting the visitation schedule asked for and granted by the trial judge.

23. However, I am seeking an order for supervised visits to Respondent as his cost.

24. Respondent simply cannot keep his behavior in check for the benefit of the children. He will not let Petitioner see       during these exchanges even to just say hi and forces her to walk away with       which, in Petitioner will testify, is just cruel to      .

25. Petitioner asked for and was granted an order allowing her to say hi to       during exchanges, which was opposed by Respondent. Respondent will not adhere to that order and instead has taken to leaving       at home, in his highchair, eating snacks unattended when he picks up and drops off      . (A CPS investigation is currently pending about this issue and Petitioner can provide multiple recorded statements of       discussing these incidents).

26. Respondent makes negative comments about Petitioner in front of       and       calling

her names, tells her to get away from his car, saying she is selfish and a loser or berating her for allegedly dating.

27. He also is apparently making negative and threatening comments to ____ about her as ____ comes back from visits with Respondent parroting what he has been told/heard about Petitioner such as she is a "loser" (recording will be provided at trial). ____ has told her that Respondent said she won't be around in a few years while ____ acted out how Respondent was holding his "black real" gun at the time.

28. Respondent makes shooting motions to Petitioner during the exchanges. Records her and threatens her with further litigation, threats to move the children out of state and constant negative comments about her character because she chose to leave the parties abusive relationship.

29. ____ has come home from Respondent's house and made threats that he is going to cut up his brother or me or shoot Petitioner in the face and has had many nightmares about Respondent killing me.

30. Respondent uses the parenting app to harass Petitioner. He makes up stories that she has a boyfriend and sends her messages over and over harassing her about it. He is utterly disrespectful.

31. He demands calls and pictures of the children constantly while in Petitioner's care even though he sees them nearly every other day.

32. Petitioner cannot take the constant harassment and is asking that Respondent's visitation time be supervised until he can learn to control his comments about Petitioner to or around the children, make proper parenting decisions for the benefit of the children instead of potentially harmful decisions, i.e. leaving ____ alone during exchanges, simply to hurt Petitioner.

Dated: _____

_____
Dena Bez, Attorney for Petitioner

# Messages

All messages are grouped into subjects by the parent who created them.

Subjects are presented in their entirety with no messages left out and arranged chronologically based on most recent activity

All messages within a subject are arranged chronologically, top to bottom, starting with the first message

Subjects are outlined in solid black.

Jason Perkins's messages are outlined in dots.

Alycia Cooley's messages are outlined in dashes.

## Future
Created by: Jason Perkins on 8/6/2025 at 11:35:40 AM

Jason Perkins on 8/6/2025 at 11:35:40 AM said:

I have a question. What is your plan at being involved in the boys lives? You have no custody. You have no visitation. You do not want to help me out with any of their financial needs. So, what is your role in their lives? If you think that just having this whole thing reversed in your favor is something that is going to happen, I would think you'd want to look back at the last 5 months and realize that plan wasn't a sustainable one. I am never going to put my boys in harms way again with you. Are you ever going to figure out a way to be a positive influence in their lives? Are you ever going to show them that having both parents is beneficial for them? Even if we don't agree on everything related to them, we can both agree that we love our children more than life itself, and that we want what is best for them. I honestly do not think you will ever be that person though. I truly believe that the way you have been towards me the past 2 years, will be how you act for the next 16 years.

So, I am genuinely curious if you will respond with logic, truth, and sincerity? Or if it will be more of the same that has been going on? Or if you will just ignore it all together.

Please understand this. I do not trust you. I do not think you have the best interests of the boys in your thoughts. I think you will do anything and everything to take advantage of any situation if it benefits YOU. I also think you are using drugs. I am extremely sceptical about you and your ability to be a person that is good for the boys. I am reaching out because I care about the boys. I care about them enough to see if their Mom can get it together....for them.

👁 Alycia Cooley viewed this subject on 8/6/2025 at 11:37:49 AM



Single Message Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 8/6/2025 at 11:38:27 AM
Unique Authentication Code: U65J-46UZ-9J8K-5R8Y

Page 3 of 3

EXIBITS

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Alycia Cooley | |
| FIRM NAME: | **FILED** |
| STREET ADDRESS: 623 Dorathy Way | SUPERIOR COURT OF CALIFORNIA |
| CITY: Auburn  STATE: CA  ZIP CODE: 95603 | COUNTY OF PLACER |
| TELEPHONE NO.: 530  FAX NO.: | |
| E-MAIL ADDRESS: | JUL 11 2025 |
| ATTORNEY FOR (name): | JAKE CHATTERS |

SUPERIOR COURT OF CALIFORNIA
STREET ADDRESS: SUPERIOR COURT OF CALIFORNIA
MAILING ADDRESS: COUNTY OF PLACER
CITY AND ZIP CODE: 10820 Justice Center Drive
BRANCH NAME: P.O. Box 619072
Roseville, CA 95661-9072

EXECUTIVE OFFICER & CLERK
By: D. Pfile, Deputy

PLAINTIFF/PETITIONER: Alycia Cooley
DEFENDANT/RESPONDENT: Jason Perkins

CASE NUMBER: S-OR-0065874

**PROOF OF ELECTRONIC SERVICE**

DEPARTMENT:

1. I am at least 18 years old.
   a. My residence or business address is (specify):
   
   623 Dorathy Way Auburn CA 95603
   
   b. My electronic service address is (specify):
   
   alyciamcooley@gmail.com

2. I electronically served the following documents (exact titles): PDF (Declaration of attachments 12.pdf)
   MC-030 Declaration (was to seal.pdf)
   Attaching 12 Pages of abuse + SAFETY + Retaliation Note
   
   ☒ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Jason Perkins
      On behalf of (name or names of parties represented, if person served is an attorney):
      Alycia Cooley
   b. Electronic service address of person served:
      J_____@gmail.com
   c. On (date): July 11, 2025 8:04 AM
      ☒ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: July 11, 2025

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Alycia Cooley                                    ▶ Alycia Cooley
(TYPE OR PRINT NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Alycia Cooley <br> 623 Dorothy Way <br> Auburn CA 95603 <br> TELEPHONE NO.: (530)460-7098  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF PLACER <br> **JUL 11 2025** <br> JAKE CHATTERS <br> EXECUTIVE OFFICER & CLERK <br> By: D. Pfile, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SUPERIOR COURT OF CALIFORNIA <br> STREET ADDRESS: COUNTY OF PLACER <br> MAILING ADDRESS: 10820 Justice Center Drive <br> CITY AND ZIP CODE: P.O. Box 619072 <br> BRANCH NAME: Roseville, CA 95661-9072 | | |
| PLAINTIFF/PETITIONER: Alycia Cooley <br> DEFENDANT/RESPONDENT: Jason Perkins | | |
| **DECLARATION** | | CASE NUMBER: <br> SDR0065874 |

Attaching
12 pages of abuse

I hesitated on filing this because I believe it will backfire on son [redacted] being further abused.

This must end now.

I will hand file and serve the rest for time and due to tech dificulties. The rest has been seen before, except transcripts prepared for trial last September.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 11, 2025

Alycia Cooley
(TYPE OR PRINT NAME)

Alycia Cooley
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☒ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

**This was created January 21, 2024 saved as Trial Draft**

I have submitted an abundance of information and emails in prior hearings. And I can't say anything has changed. He has ignored the conduct sheet we were given.

It's almost daily I get an email about a boyfriend that doesn't exist. He asks our 3 yo son who asks or tells me I have a girlfriend or boyfriend. *repeatsy*

Jason Tells me he cannot wait to tell our sons one day about me and how bad I am.

He talks about bringing a new girl around   , tells me he's lying with her and asks me if I want to meet her, or tells me what the girl thinks of me, or how she's better.

He emails me repeatedly all hours of the day and night and when I don't respond it escalates.

Often it's because we're sleeping or I'm busy and by the time I see all of the rude things written to me I decide I don't want to engage at all. When I do respond to his emails he tells me I am a liar and the emails become more abusive emails.

He told me he was throwing our newborn's medical card out because I wasn't answering.

He repeatedly calls me a narcissist, trash, bitch, and tells me how he doesn't care about me and then other days he tells me how we should be a family and how much he loved me and he doesn't know why I broke our family.

I have major concerns with the mental health and safety of our son.

I will attach an email where I expressed my concerns for our son and was getting him enrolled in play therapy but needed Jason's consent and twice he told me he does not consent.

I haven't told Jason much of whats been going on with our son because I worry about him getting into trouble with his dad for telling me things. Or if there's truth to some things         has said, I don't want either one of us changing what         has been saying so I have been waiting to get a court order to get professional help for        *I didn't know I had full custody at this time*

         has been violent and talks about cutting me and his brother up and pretends to shoot us all the time. Punch us. Cut us up. Shoot me in the face.

I'm gonna kill you, dead you (1/14)

He punched      . I think it was meant for me but later when I was asking him about it he said he wanted to scratch my eyeballs out

Monday Jan,15   ·· told me he wants to shoot me in the face because I said it's time to go to bed.

Then while laying in bed I asked         where he learned all the talk about cutting me. He said, "my dadda". I said, "What? Your dad??"      answered yes and I asked what'd he say.      aid, "He said he's gonna cut you." I asked with what and      said, "With his knife". I didn't ask anything more and he fell asleep quickly.

Wednesday Jan, 17 I had picked ▇▇ up from his dad and he gets in the car with me while Jason holds our newborn in his car and ▇▇ wouldn't talk to me at first when I was asking how his day at school and his evening with his dad was and what he did. He tells me he can't tell me then he says, "I don't like you. You're not being nice. Fuck." He said fuck because he couldn't figure out his seatbelt. He was so cold to me and wouldn't even give me a hug. He finally warmed up and his dad handed me our newborn while ▇▇ was sitting on the center console then just slammed the door.

Thursday Jan 18 ▇▇ was telling me he loves me and wants me forever then randomly says, "My dad wants to see me grow up but he can't because he's gonna get dead. That's just what he told me".

Oct 4th ▇▇ was talking about eating penis and comparing it to an ice cream cone and saying its a bone and that he touched his dads. This is recorded. He was telling me his dad was punching him in the face and stomach. While Jason is pulling up to meet us with a song on loud with lyrics to offend me, where ▇▇ is repeating them and how it says "you make me sick to my stomach"

Oct. 5th ▇▇ saying suck my penis like a popsicle. He said he learned it at his dads. I'm worried about asking questions with detail or much at all because I'm worried I will ask him the wrong thing and I don't want him repeating something I've said where it becomes his story.

Sept 15 At pickup in the PD parking lot I looked up to Jason standing at his car with his arm out holding ▇▇ toy gun at me just glaring. There was nothing playful about it especially since I already brought up in the restraining move out order I was granted how he has been in trouble for putting a rifle to his older sons moms head in front of his son and how so many years later he had told me he should have pulled the trigger when they were arguing, probably over child support. IT WAS ▇

It's horrible for ▇▇ to witness the way his dad treats me.

2 days before I went into labor he was holding ▇▇ in the parking lot calling me a fucking bitch because I gave him some boxes of used clothes back. When he asked why I told him it wasn't what I had asked for. Throughout my pregnancy I have asked him for ▇▇ clothes I had saved, my pregnancy pillow, a new mattress my friend gave me for ▇▇, Christmas boxes with items from family that has passed on and he hasn't given any of it to me.

• I need to be able to take ▇▇ to visit his sister in Idaho without a whole ordeal. It's not like I can currently afford to go that often.

In video calls he will make me look like the bad guy telling ▇▇ he can go with him on my parenting time but it's up to me, instead of telling him to enjoy his time with mommy and brother. It's unpredictable whether he's going to act nice or cause a problem.

• I don't like how toxic he has been to me on the video chats and he does have frequent visits with Jixxon

Too high conflict and unpredictable

• I have no issue getting ▇▇ to school in the morning.

• Jason is not welcome at my home and I will not be going to his.

January 3, 2024 We were in the parking lot of the police station so i could get ▇▇ from him and he asked me if I was recording and started screaming at me about my daughter getting raped in attempts to hurt me and get me to react in front of ▇▇ and our newborn son. Recorded

• Attached is a handwritten letter to my daughter Shelby from Jason December 28, 2020 to show history of him admitting he is horrible to me in front of kids. Things never got better.

    as gotten in my car many times after being with Jason and told me I'm a fucking bitch or how I broke our family or I'm a bad person and going to jail or that I have a boyfriend or that I stole all daddy's money and when I say I don't or that's silly he will scream at me telling me it's what his daddy says. -They're words that match the emails I receive.

    ı has told me a handful of times his version of an incident where Jason assaulted his brother in front of him while he was in his high chair eating a pb&j sandwich *and he still brings it up in full detail.* 7/10/2025

Jan 12

Jixxon keeps telling me he smacked his baby brother and I don't think he did.

Then his sister told him she misses him back and he started saying he doesn't miss her anymore then he does and he doesn't want to cut her up

Earlier today he was bundled up on the couch watching cartoons when I was trying to get stuff done and he told me he turned it off, thinking it would get him into trouble except the remote wasn't even near him.

    talks about his dad punching him in the face and the stomach. I don't know what's going on but Jason was threatening to smack     in the face at 6 months old. Attached an old text about that.

Jan 5 and many times I tell him to stop or leave me alone in the parking lot and he just starts asking what I'm gonna do about it. I said I'm not threatening him.

Dec 30, 2023.

• He doesn't communicate about giving     meds Attached

Blackmailing another     medi cal card

Withholding my car reg tags *Sent me pics. I still had to buy new ones*

    woke up saying his tummy hurts because he ate too much candy at daddy's. Last night he told me his dad didn't feed him — *food is being weaponized - 2 recent incidents. 5/25/2025 6/27/2025*

He's almost always hungry when he comes back to me when he should have had dinner at his dads *still*

Before Christmas     was saying Jason was telling him that I stole money from him so he couldn't get a new bike

It's obvious     is told often not to tell your mom things. I believe that can be extremely dangerous to teach a toddler to not communicate with his mommy. Many times after pick-up I've asked     even about his day and he tells me he can't tell me or he doesn't want to talk to me. And half the time he's mad at me for the first hour. 1/16 Telling me he's gonna shoot me on the way to school *Still happens*

Jason still posts on social media about me with music that implies he wants to kill me and says he supports a deadbeat mom, (before any child support payments were made) *I am still sent disparaging posts targeted at me.*