FILED

AUG 08 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Alycia M. Cosley,

Plaintiff,

v.

Jason W. Perkins,

Defendant.

No. 2:2025-cv-02188-DJC-JDP

Remaining exhibit attachments from August 7th, 2025 filing.

August 8, 2025

Alycia Cosley

/s/ Alycia Cosley

623 Dorothy Dr.
Auburn, CA 95603

1

Before Christmas there were 3 different times he just told me he's not getting _____ saying or asking nothing else. Attached

When he asks me about the babies or why I don't talk to him, won't let him watch me give birth, I tell him it's because he disrespects me and he tells me it has absolutely nothing to do with me. -recorded

But also he tried to run me with my daughter and _____ out of the house 2 days after we first brought _____ home from birth at the hospital

1/20 while he's throwing spit up tissue at me. Aggressively tossing _____ stuff in my front seat. Making comments implying I'm stupid. Lying about working last weekend when I told him I offered him to take

Overnights - Routine and getting to school and the same reasons I've said before about Jason being mean if his sleep is disturbed. About 6 months before I moved out Jason put new door knob on the bedroom door that only Jason could open and sometimes would completely ignore _____ wanting him on the other side

1/22 & 1/23/24 _____ just started taunting me saying I have a gf / bf over and over and what's his name. I couldn't believe how much he sounded like his dad

He also woke up and while nursing was putting his middle finger in my face and his brothers.

• Revisit the mic & anger management programs

Sole Legal

I have been responsible for all of _____ medical appointments.

Jason doesn't tell me if he has given him medicine and hasn't answered when I've asked and that concerns me because I'm only getting information from our 3yo but I don't want to overdose him on medicine or not give him any relief when I'm able to.

Based on Jason telling me he will not be making life easy on me and will give me no grace I do not think he will make the best decisions for _____ and would rather choose something in spite of me.

I have gone thru the process of enrolling our son into play therapy and just needed Jasons consent and he would not.

Since pregnancy the plan has been to homeschool _____ or enroll him into an alternative program to public school knowing I will be the one providing the education or the transportation due to Jasons work schedule and mine being flexible. I need to be able to take _____ to visit his sister in Idaho and be able to watch her Jujitsu and _____ *She needs us. We need her.*

Wrestling events that are not always planned far in advance without the burden of going thru the court process. Jason was played a big part in her decision to move to Idaho instead of staying here

*This deliberate, ongoing interference with our family relationships is an unlawful deprivation of our liberty and IT MUST CEASE.*

# Journal Entries

This section contains journal entries created by the parent. The purpose of the journal is to give our parents a place to keep notes for themselves that are not shared with the other parent.

Journal entries are editable. The most recent edits are displayed on this record.

Journal entry edits are shown in a dashed outline in grey text.

Journal entries can be deleted entirely. We do not log such deletions.

Created on 7/30/2024 10:22 PM

Title: 7/30

Entry: Ironic. After Jason's recent messages ▓▓▓▓ car seat was empty at 7:pm when I went to get ▓▓▓▓ earlier. I did not call dispatch today. APD is so frustrating and Jason would beat them to his house and it would only cause problems for me by him claiming hearsay, that I'm making false reports and maybe validate his PA claims. I'm sure ▓▓▓▓ was home alone again 😣😒

I have lots of recordings, messages and notes i need to upload in here.

Created on 7/16/2024 9:56 PM

Title: 7/16/24 Thursday

Entry: 5pm ▓▓▓▓ drop off

Jason got to apd a little after I so like usual parked on the complete opposite end. I walked halfway over trying to say hi to ▓▓▓▓ then said I forgot the baby's food, turned around to get it and Jason followed me to my car and kept saying to give him the baby and I said I will then ignored the rest of the times. He rushes me to hand off the babies without saying bye. Once I got the baby's ice chest to Jason ans handed him ▓▓▓▓ followed back to say hi to ▓▓▓▓. He told me not to. Then the entire time loading the baby up I was trying saying hi to ▓▓▓▓ and Jason made constant gibberish noise and kept laughing to make it had for us to communicate. ▓▓▓▓ asked if ▓▓▓▓ was with me and I told him she was on the other side of the parking lot. Jason shut the door as fast as he could and told me, "get the fuck of here." So, I stood to the side and blowing ▓▓▓▓ kisses. I know he wants to hit me with his car. The second he could see me closest to his driver window he was flipping me off.
Because he wants to co parent....

At 7pm I went to pick up ▓▓▓▓ and he parked in front of my car and I got out to wave to ▓▓▓▓ thru the windshield while he got ▓▓▓▓ out. ▓▓▓▓ was not in the car and I know he was left home alone.


Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E         Page 3 of 7

Last edited on 7/5/2024 7:32 AM

**Title:** 7/4

**Entry:** Jason showed up at 10:14 with _____ , just after the fireworks ended. _____ told me they watched him from the park. I wish instead of lying about traffic he would have just told me to eff off and they're watching the fireworks and will meet me after. Instead I waited there just in case. I was worried if I wasn't there whenever he showed up he could then claim I was not showing, forfeiting my time and keep until who knows when.

*except for driving home and back 9:20-9:32 because I dropped my phone on the floor rushing out to get _____ on time. I drove by where we meet and kept going just to the fairgrounds and back. The baby was screaming until I took him out of his car seat. So we waited and I nursed him to sleep and we watched the fireworks through the trees.

For all Jason knew my parents were waiting for us in Lake _____ P_____ to pick us up in the golf cart to watch fireworks with them there, which was what I had told _____ But while he was with his dad I decided I was gonna go meet our neighbor friends at Railhead Park by a lobster truck (I was so excited to eat) to watch fireworks.

At the ex parte hearing 6/24 I specifically asked Judge Holley if I could skip meeting at 5pm & 7pm & 9pm just for the Fourth of July holiday. Jason said something like, yeah so she can take away my parenting time and get more child support. Judge Holley said no, & that we still had to meet.

I knew there would be an issue. That wasn't fair to me or the baby or the other kids waiting to see us.

Attached File(s): 🔗 trim.F23EA927-9BFC-4E5A-9E07-ABA89DE7CC98.MOV (16.36 MB)

---

*Handwritten annotations:* 1st 4th of July for _____ at APD for 1hr 15 mins Edited on 7/5/2024 7:29 AM
2nd I've communicated with no other sons. 10 DAYS NOW 7/11/25

**Title:** 7/4

**Entry:** Jason showed up at 10:14 with . . _____ just after the fireworks ended, _____ told me they watched him from the park. I wish instead of lying about traffic he would have just told me to eff off and they're watching the fireworks and will meet me after. Instead I waited there just in case. I was worried if I wasn't there whenever he showed up he could then claim I was not showing, forfeiting my time and keep until who knows when.

*except for driving home and back 9:20-9:32 because I dropped my phone on the floor rushing out to get _____ time. I drove by where we meet and kept going just to the fairgrounds and back. The baby was screaming until I took him out of his car seat. So we waited and I nursed him to sleep and we watched the fireworks through the trees.

For all Jason knew my parents were waiting for us in Lake c_____ P_____ to pick us up in the golf cart to watch fireworks with them there, which was what I had told _____ But while he was with his dad I decided I was gonna go meet our neighbor friends at Railhead Park by a lobster truck (I was so excited to eat) to watch fireworks.

At the ex parte hearing 6/24 I specifically asked Judge Holley if I could skip meeting at 5pm & 7pm & 9pm just for the Fourth of July holiday. Jason said something like, yeah so she can take away my parenting time and get more child support. Judge Holley said no, & that we still had to meet.

I knew there would be an issue. That wasn't fair to me or the baby or the other kids waiting to see us.

Created on 7/4/2024 9:46 PM

**Title:** 7/4 9pm

**Entry:** I came to pick _____ up to watch fireworks with our neighbors and eat and Jason's lying about being stuck in traffic. He lives across from the fairgrounds where fireworks are and I can see the fireworks from this parking lot. I drove around some and _____ has been screaming his head off not wanting to be in his car seat so I'm nursing him now. There is no traffic issue in the area either. APD won't call him or help but they gave me an incident report number.
2407040323

Attached File(s): 🔗 trim.09D06423-ABC6-4289-9E06-97EE2C0819FC.MOV (13 MB)



Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E

Page 4 of 7

Last edited on 7/2/2024 8:02 PM

Title: **5 & 7 pm**

Entry: 7/2

Tonight when I dropped off Jason parked as far away as possible, yet we were in an open parking lot. I waited by my car to wave to hoping he could see me and the entire time Jason passed by he held his face and middle finger up to the window.

When I went back to get jace at 7 he also parked as far away as possible and as soon as he realized I was behind him close to seeing he rushed to shut the door and once he passes the baby to me he hurries to back out and maneuver so it's incredibly hard for me to see I couldn't.

Attached File(s):
- trim.5EBEFAAC-4286-4A7D-8AC1-8B0B43AC6A17.MOV (4.01 MB)
- trim.5D23941D-7EDD-4B22-B254-4A3F9A4CF341.MOV (4.49 MB)
- trim.490E10F2-8745-4CB0-B7E9-EF052F7AE41E.MOV (41.81 MB)

Edited on 7/2/2024 8:02 PM

Title: 5 & 7 pm

Entry: 7/2

Tonight when I dropped off Jason parked as far away as possible, yet we were in an open parking lot. I waited by my car to wave to hoping he could see me and the entire time Jason passed by he held his face and middle finger up to the window.

When I went back to get at 7 he also parked as far away as possible and as soon as he realized I was behind him close to seeing he rushed to shut the door and once he passes the baby to me he hurries to back out and maneuver so it's incredibly hard for me to see . I couldn't.

Created on 3/3/2024 12:04 PM

Title: **Privates talk**

Entry: put his mouth over and I told him not to and the said something about peepee in the mouth but I can't get him to talk to me about it.

Jason had 10-7 yesterday, and 2 hours.
has had a couple insane screaming meltdowns today.
Last night before we went to bed early we were cuddling and his hair smelled different. So i asked if daddy gave him a bath. He told me he took a shower with his dad. Then I asked what they did all day and he got quiet. I asked him if daddy told him not to tell me things today. He said yes. So I just told him I'm always here to listen and I love him



Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E

Page 5 of 7

Title: **2/3 Not letting Jace out**

Entry: First I had already told Jason we have plans 2 hours prior.
It was 43° at our 7:00 meet up and I just wanted to leave. Earlier at our 10am & 12pm meets Jason was standing in a way at his car door to block me from talking to      . Other days he stands over me and quickly tells me and to move or hurry up while      is half way thru his first sentence and I just want to tell him to have a great time, I love him and give him a kiss. Or even just acknowledge him especially since I know there's jealousy with his new brother. Jason has told me to stay away from his car while always coming into mine and taking all the time he wants. But last night I didn't care to have a little pow wow in the cold dark parking lot with 2 men that have zero respect for me.
Since July Jason has been using his son Aidan to try to get information about me. And what confirmed it was 2 hours after I gave birth at 3:36am Aidan was messaging me to find out if the baby was born and butting in about his dad not being there with his opinions. I was shocked and disappointed. After what he's told me I would think he would understand my choice.
The last time Aidan came to stay the night when      was there, Jason assaulted him right in front of      and I and      still tells me the story. Jason has his 2 overnights at this time. Im not adding to the risk of      witnessing Jason trying to prove his toughness with his sons.
Aidan has had the ability to visit or even ask about his newest brother and hasn't. Jason at this time has      for short visits 3 times a week including yesterday and he can utilize that time. It's not my responsibility to facilitate Jason's family relationships with our son. Especially after what he has told me he and they say about me.
Also as he was walking away from my car he told a group of 3 men strangers I'm a loser. In front of our son and my friends son. She often meets me there even when I'm not expecting it knowing how bad he's cornered me and he tends to leave me alone with her there.
I'm not responding to his questions on this app when I told him in person he was just blocking me from earlier, he can do things on his own time and again I have plans.

It's only taken a week of using this platform for him to start asking me about another guy that doesn't exist.
I'm also annoyed because my car registration tag is now expired while one was sent to his house, my old address, by mistake. He told me he was sending it back. Did Not



Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E          Page 6 of 7

Edited on 2/4/2024 5:55 AM

Title:  2/3 Not letting Jace out

Entry:  First I had already told Jason we have plans.
It was 43° at our 7:00 meet up and I just wanted to leave. Earlier at our 10am & 12pm meets Jason was standing in a way at his car door to block me from talking to          Other days he stands over me and quickly tells me and to move or hurry up while .          half way thru his first sentence and I just want to tell him to have a great time, I love him and give him a kiss. Or even just acknowledge him especially since I know there's jealousy with his new brother. Jason has told me to stay away from his car while always coming into mine and taking all the time he wants. But last night I didn't care to have a little pow wow in the cold dark parking lot with 2 men that have zero respect for me.

Since July Jason has been using his son Aidan to try to get information about me. And what confirmed it was 2 hours after I gave birth at 3:36am Aidan was messaging me to find out if the baby was born and butting in about his dad not being there with his opinions. I was shocked and disappointed. After what he's told me I would think he would understand my choice.

Aidan has had the ability to visit or even ask about his newest brother and hasn't. Jason at this time has           for short visits 3 times a week including yesterday and he can utilize that time. It's not my responsibility to facilitate Jason's family relationships with our son. Especially after what he has told me he and they say about me.

Also as he was walking away from my car he told a group of 3 men strangers I'm a loser. In front of our son and my friends son. She often meets me there even when I'm not expecting it knowing how bad he's cornered me and he tends to leave me alone with her there.

I'm not responding to his questions on this app when I told him in person he was just blocking me from           earlier, he can do things on his own time and again I have plans.

It's only taken a week of using this platform for him to start asking me about another guy that doesn't exist.

I'm also annoyed because my car registration tag is now expired while one was sent to his house, my old address, by mistake. He told me he was sending it back.



Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E

Page 7 of 7

## COMPLETE JOURNAL RECORD

JASON PERKINS AND ALYCIA COOLEY

All times presented in Pacific Standard Time

Record Requested by Alycia Cooley

Record Generated By TalkingParents
on 7/8/2025 at 7:38:43 AM



**Unique Authentication Code:**
**RTXX-4A9F-59J3-XD8E**

TALKINGPARENTS CERTIFIES this record was created by TalkingParents and is a true and correct compilation of original data stored on our secure servers at the time it was collected or provided by the parents at issue. The information in this Record was logged at the time of the occurrence of the matters set forth by it and the creation of such Records is a regular part of our business operations.



### Digital Signature

When our system generates a Record, the PDF file is signed electronically. This digital signature can be viewed and verified by opening the PDF file with Adobe Acrobat or Adobe Reader. The presence of this electronic signature not only verifies that the file came from us, but that it has not been digitally modified in any way. If the file has been modified in any way, then the signature will no longer appear as valid. The document is jointly signed by TalkingParents (Monitored Communications, LLC) and by Entrust Timestamp Authority™ authenticated by the Adobe Approved Trust List.



### Unique Authentication Code

Our system assigns a unique 16-digit code for every record that is generated. The original file is permanently archived to allow document authentication if necessary. The Unique Authentication Code is located at the bottom of every page of the record.



### From our Servers to the Courtroom

When a parent requests a copy of their TalkingParents record, our system compiles the information from our secure servers. Parents can obtain a PDF or printed version of their records. Access to a PDF version accompanies each printed record; the PDF version is identical to the printed copy. To access the PDF version, scan the QR code in the top right corner of this page, enter the access code, and download the PDF. The access code is in the record request confirmation email sent to the recipient. You must have the access code to download the PDF record.

Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E     Page 1 of 7

# Case Information

**Parents**

> Jason Perkins
>> Signed up on 7/23/2023 at 9:38:14 AM and provided the following:
>
>> Other Parent's Name:
>
> Alycia Cooley
>> Signed up on 1/27/2024 at 9:47:30 PM and provided the following:
>
>> Other Parent's Name:        Jason Perkins

# Date and Time Zone Information

**\*All times presented in Pacific Standard Time**

\*TalkingParents documents and maintains all time information in Coordinated Universal Time (UTC). This is done to ensure accuracy and reliability of all records regardless of a parent's location. As a matter of convenience, parents have the option of viewing all time information, including the times shown on this complete journal record, in the time zone of their choice.

**All dates presented in M/D/YYYY format.**

Parents can select the date format options in their account settings. The default format is M/DD/YYYY.


Complete Journal Record - Jason Perkins and Alycia Cooley
All times presented in Pacific Standard Time
Record Generated By TalkingParents on 7/8/2025 at 7:38:43 AM
Unique Authentication Code: RTXX-4A9F-59J3-XD8E        Page 2 of 7