1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   | ALYCIA M. COOLEY,                 | Case No.  2:25-cv-2188-DJC-JDP (PS)
12   |          Plaintiff,
13   |      v.                            | ORDER
14   | JASON W. PERKINS,
15   |          Defendants.
16
17
       This matter was referred to a United States Magistrate Judge pursuant to 28
18
U.S.C. § 636(b)(1)(B) and Local Rule 302.  On August 13, 2025, the Magistrate Judge
19
filed findings and recommendations herein which were served on Plaintiff and which
20
contained notice that any objections to the findings and recommendations were to be
21
filed within fourteen days.  No objections were filed.
22
       The Court presumes that any findings of fact are correct.  *See Orand v. United*
23
*States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law
24
are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)
25
("[D]eterminations of law by the magistrate judge are reviewed de novo by both the
26
district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds
27
the findings and recommendations to be supported by the record and by the proper
28

analysis.

Accordingly, IT IS HEREBY ORDERED that the proposed Findings and Recommendations filed August 13, 2025, are ADOPTED and plaintiff's motion for injunctive relief, ECF No. 3, is DENIED.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE