ALYCIA M. COOLEY
623 Dorothy Way
Auburn, CA 95603
(530) 460-7098
alyciamcooley@gmail.com

ALYCIA M. COOLEY, PRO SE

**FILED**

SEP 15 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALYCIA M. COOLEY, | ) | No.    2:25-cv-2188 |
| | ) | |
| Plaintiff, Pro Se | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE AND MOTION** |
| v. | ) | **TO SEAL AND STRIKE COMPLAINT** |
| | ) | **AND RELATED FILINGS** |
| JASON W. PERKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff, Alycia M. Cooley, hereby gives notice of the voluntary dismissal without prejudice of the Complaint and Motion for Temporary Restraining Order filed on August 5, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Plaintiff respectfully moves the Court to strike the Complaint (Docket Entry 1) and all accompanying exhibits and supporting documents (Docket Entries 4–7), and to seal those materials to prevent public access.

The Plaintiff seeks to have these filings treated as if they were never made, while preserving the Court's Order granting her motion to proceed In Forma Pauperis, which should remain

unsealed. The Complaint and related filings contain the names, ages, and personal circumstances of minor children. Public disclosure of this information would pose a substantial risk of harm and constitute an unwarranted invasion of their privacy.

WHEREFORE, Plaintiff respectfully requests that the Court:

Grant voluntary dismissal without prejudice;

Strike Docket Entries 1 and 4–7;

Seal the stricken materials;

And grant any further relief the Court deems appropriate.

Dated: September 10, 2025

Respectfully submitted,

Alycia M. Cooley

Plaintiff Pro Se